# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **TOMAS SALGADO QUEBRADO,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-25-CV-00673-DB** |
| | § | |
| **SAMUEL OLSON,** *Field Office Director* | § | |
| *of Enforcement and Removal Operations,* | § | |
| *Chicago Field Office, Immigration and* | § | |
| *Customs Enforcement, et al.,* | | |
| **Respondents.** | | |

## <u>ORDER</u>

On this day, the Court considered the above-captioned case. On December 22, 2025, Petitioner Tomas Salgado Quebrado filed an "Amended Verified Petition for Writ of Habeas Corpus," ECF No. 12. On January 6, 2026, the Court issued its "Order," ECF No. 16, wherein following orders issued:

> Accordingly, after careful consideration of the undisputed facts in this case as well as the legal conclusions made in *Vieira* and this Court's subsequent immigration habeas cases brought by petitioners subject to mandatory detention under the Government's new interpretation of 8 U.S.C. § 1225(b), IT IS HEREBY ORDERED Petitioner's "Amended Verified Petition for Writ of Habeas Corpus," ECF No. 12, is GRANTED IN PART on procedural due process grounds. IT IS FURTHER ORDERED Respondents SHALL PROVIDE Petitioner with a bond hearing before an immigration judge at which the government shall bear the burden of justifying, by clear and convincing evidence, the dangerousness or flight risk for Petitioner's continued detention; or (2) release Petitioner from custody, under reasonable conditions of supervision, during the pendency of their removal proceedings no later than January 9, 2026. IT IS FURTHER ORDERED Respondents SHALL FILE an advisory informing the Court when the bond hearing will be held in accordance with the preceding order no later than January 8, 2026. IT IS FINALLY ORDERED Respondents SHALL FILE an

> advisory informing the Court, in detail, of the reasons for the IJ's
> bond hearing decision no later than January 13, 2026.

ECF No. 16 at 3. On January 8, 2026, Respondents filed "Respondents' Advisory to the Court Regarding Petitioner's Custody," ECF No. 17, stating that "a custody redetermination was conducted by an immigration judge on January 7, 2026, in compliance with the Court's Order of January 6, 2026. The immigration judge granted the custody redetermination and ordered that Petitioner be released from custody under a bond of $5,000.00." *Id.* at 1.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than January 15, 2026.**

**SIGNED** this **12th** day of **January 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**